*E-Filed 11/3/11*

JEREMY OSTRANDER (Cal. Bar. No. 233489)
jostrander@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

PETER J. CARNEY (admitted *pro hac vice*)
pcarney@whitecase.com
CHARLES C. MOORE (admitted *pro hac vice*)
charlesmoore@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Counsel for Defendant Maxzone Vehicle Lighting Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff.<br><br>v.<br><br>Maxzone Vehicle Lighting Corp.,<br><br>        Defendant. | CASE NO. 11-cr-0653-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER CRIM. L.R. 32-1(b)**<br><br>**Date:** November 15, 2011<br>**Time:** 2:30 p.m.<br>**Court:** Hon. Richard Seeborg |

On September 12, 2011, the United States filed a one-count Information charging Defendant Maxzone Vehicle Lighting Corp. ("Maxzone") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of aftermarket auto lights sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Maxzone

is scheduled for a change of plea and possible sentencing on November 15, 2011 at 2:30 p.m. Maxzone will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C). The United States and Maxzone have filed a Joint Sentencing Memorandum describing the material terms of the Plea Agreement and the agreed-upon recommended sentence. The Plea Agreement has been attached as Exhibit A to the Joint Sentencing Memorandum. The United States has also filed under seal the Declaration of Jacklin Chou Lem in Support of the United States' and Maxzone's Joint Sentencing Memorandum ("Lem Declaration").

IT IS HEREBY STIPULATED AND AGREED as follows:

Maxzone respectfully requests that the Court sentence Maxzone on an expedited basis pursuant to Crim. L.R. 32-1(b) on November 15, 2011, the same date as the scheduled change of plea hearing. Maxzone respectfully submits that the Joint Sentencing Memorandum, the Lem Declaration, and the Plea Agreement provide sufficient information for the Court to exercise its sentencing authority meaningfully without a presentence report. Under the circumstances set forth in the Joint Sentencing Memorandum, the United States agrees that expedited sentencing of Maxzone is appropriate here and stipulates to the form of this Order.

Dated: 11/1/2011

Respectfully submitted,

*/s/ Jacklin Chou Lem*

Jacklin Chou Lem
May Lee Heye
Howard J. Parker
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Antitrust Division
Telephone: (415) 436-6660

*/s/ Peter J. Carney*

Jeremy Ostrander (Cal. Bar No. 233489)
jostrander@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Peter J. Carney (admitted *pro hac vice*)
pcarney@whitecase.com
Charles C. Moore (admitted *pro hac vice*)
charlesmoore@whitecase.com

WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Counsel for Defendant Maxzone Vehicle Lighting Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/3/11

*[signature]*

Honorable Richard Seeborg
United States District Judge